IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION


KATHY L. HILTON,                          )
                                          )
                    Plaintiff,            )
                                          )
v.                                        )          No. 2:07-CV-117
                                          )
MICHAEL J. ASTRUE,                        )
Commissioner of Social Security,          )
                                          )
                    Defendant.            )

## O R D E R

This matter is before the court on the June 4, 2008 report and recommendation filed by Magistrate Judge Dennis H. Inman [doc. 25]. Magistrate Judge Inman recommended that plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, [doc. 22] be denied. There have been no timely objections filed to this report and recommendation, and enough time has passed since its filing to treat any objections as having been waived. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the court is in complete agreement with the magistrate judge's conclusions. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED**, for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that plaintiff's motion [doc. 22] is **DENIED**.

**IT IS SO ORDERED.**

ENTER:


        s/ Leon Jordan
_____
United States District Judge